UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZITHROMIA LIMITED, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GAZEUS NEGOCIOS DE INTERNET SA, et al.,<br><br>    Defendants. | Case No. 3:17-cv-06475-JD<br><br>**ORDER RE RENEWED APPLICATION FOR ALTERNATIVE SERVICE**<br><br>Re: Dkt. No. 17 |

The Court previously denied on several grounds plaintiffs' "ex parte" applications for alternative service on defendants, who are located in Brazil, and a TRO. Dkt. No. 16. Plaintiffs have now filed a renewed application for alternative service. Dkt. No. 17. The salient changed circumstances since plaintiffs' initial application include the fact that defendants have specially appeared in the case through California counsel, Dkt. No. 15, and that defendants have not responded to delivery of the pleadings and other papers. Dkt. No. 17-1 at 11.

An order of service under Rule 4(f)(3) is **GRANTED.** Service of the complaint may be made on Mark Riera, the counsel of record for specially appearing defendants here. *See Xilinx, Inc. v. Godo Kaisha IP Bridge 1*, 246 F. Supp. 3d 1260 (N.D. Cal. 2017)). Plaintiffs should email the complaint to attorney Riera and send a hard copy by registered mail through the United States Postal Service to his law office. An initial case management conference is set for **April 5, 2018** at 10:00AM.

**IT IS SO ORDERED.**

Dated: March 5, 2018

_____
JAMES DONATO
United States District Judge