UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: March 11, 2019      Judge: Hon. James Donato

Time: 5 Minutes

Case No.     **C-17-06475-JD**
Case Name     **Zithromia Limited et al. v. Gazeus Negocios de Internet S.A., et al.**

Attorney(s) for Plaintiff(s):     Lori S. Brody/Keith J. Wesley
Attorney(s) for Defendant(s):     Mark Riera
Attorney(s) for Nonparty:     Apple: John Frost/Marc R. Lewis
                                       Declarant: Ricardo Duarte

Deputy Clerk: Lisa Clark

PROCEEDINGS

Telephonic Discovery Hearing (Not Reported) - Held

NOTES AND ORDERS

Apple will produce by April 1, 2019, documents responsive to these requests in the subpoena attached as Exhibit A to Dkt. No. 65: 3, 4, 5, 10, and 11.

Defendant Gazeus will produce by April 1, 2019, documents responsive to these requests in the Responses to Requests for Production attached as Exhibit A to Dkt. No. 66: 3, 4, 5, 6, 7, 8 and 9.

Neither Apple nor Gazeus are required at this time to produce the order or other documents issued by the Brazilian arbitrator. This issue may be revisited by the Court if warranted.

Plaintiffs may file an amended complaint in response to the Court's specific jurisdiction order no later than April 22, 2019.

The parties are reminded that filings not in conformance with the Court's standing orders will be stricken, potentially without leave to file a corrected version.